### TRUSCON STEEL COMPANY, APPELLANT, V. CRYSTAL REFRIGERATOR COMPANY, APPELLEE.

FILED FEBRUARY 14, 1930. No. 27166.

*W. G. Guthrie* and *J. C. Cook,* for appellant.

*Courtright, Sidner, Lee & Gunderson, contra.*

Heard before Goss, C. J., DEAN, GOOD, THOMPSON, EBER-LY and DAY, JJ., and PAINE, District Judge.

PER CURIAM.

This action was commenced in the district court for Dodge county to recover a balance alleged to be due on a written contract. From a judgment in favor of defendant, plaintiff has appealed.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.